FILED
2012 Mar-01  PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**RODNEY DAVIDSON, et al.,**

    **Plaintiffs,**

**v.**                                  **CASE NO. 2:09-CV-736-PWG**

**WORLDTEX, INC., et al.,**

    **Defendants.**

---

### MEMORANDUM OPINION AND ORDER

On November 22, 2011, the magistrate judge entered an order to show cause why the remaining claims against all other defendants should not be dismissed without prejudice for want of prosecution.[1] Doc. 61. Plaintiffs were ordered to respond by December 6, 2011. No response was filed. Plaintiffs' claims against all remaining defendants are due to be dismissed without prejudice for want of prosecution.

This Court **ORDERS** that plaintiffs' claims against all remaining defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the file.

---

[1] The court previously awarded judgment in favor of the plaintiffs against defendant Premier Narrow Fabrics, Inc. Doc. 60.

**DONE** and **ORDERED** this the 1st day of March, 2012.

**VIRGINIA EMERSON HOPKINS**
United States District Judge